# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  **MICHAEL GENE POST**

**Case No.:  23-41087-can-13**

**Debtor**

## TRUSTEE'S STATUS REPORT REGARDING PROOF OF CLAIM 20 FILED BY LVNV FUNDING LLC

COMES NOW Richard V. Fink, Standing Chapter 13 Trustee ("trustee") for the Western District of Missouri, and files this Status Report:

1.  LVNV FUNDING LLC filed proof of claim (Court Claim 20) on October 12, 2023 in the amount of $228.44.

2.  The claim appears to be based on an open-end or revolving consumer credit agreement.

3.  Based on the information listed in the proof of claim and/or the attachments, it appears that the collection of this debt may be barred by the Missouri statute of limitations or other applicable law (see Sections 516.110 R.S.Mo, 516.120 R.S.Mo and 516.160 R.S.Mo).

4.  Debtor(s) have had one or more prior bankruptcy cases.

5.  The trustee is unable to determine the effect that the prior case(s) may have on the tolling of the statute of limitations.

6.  The trustee does not intend to file an objection to this claim as a time barred claim at this time.

7.  The trustee is filing this status report to bring this matter to the attention of the parties.

WHEREFORE, based on the foregoing, the trustee files this status report regarding the Court Claim 20 filed by LVNV FUNDING LLC.

November 16, 2023

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)
LVNV FUNDING LLC (91051)

/s/ Richard V. Fink, Trustee

CRJ      /Status Report - Possible Stale Claim